The Stearnes Company, appellant, v. Dr. George W. Funck et al., appellees. Gen. No. 34,921.

644

filed April 6, 1931. Rehearing denied April 21, 1931.

Edward E. Contarsy, for appellant; B. M. Steiner, of counsel. Edward J. Kelley and Newby & Murphy, for appellees; Edward J. Kelly and Claire T. Driscoll, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.